UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKY ORTWEIN,

       Plaintiff,

v.                                    Case No. 8:15-cv-2812-T-33MAP

DEPUY ORTHOPAEDICS, INC., ET
AL.,

       Defendants.

_____/

## ORDER

    This matter comes before the Court sua sponte.  As a family member of the undersigned is employed at Carlton Fields Jorden Burt, P.A., the undersigned recuses herself from this matter.  The undersigned recognizes that recusal is not mandatory, but nevertheless feels that it is the appropriate manner in which to proceed.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:**

1.    The undersigned is recused from this case.

2.    The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

    **DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of December, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE